plaint for Violation of Civil Rights (Prisoner)

## UNITED STATES DISTRICT COURT

for the

Southern District of Iowa

Western Division

(page County)

**RECEIVED**

JAN 0 4 2022

CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Travis Valentino Dantzler

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Tonia Baldwin (MD)
Melissa Farnsworth (NSD)
Stephen Weis (Superintendent/Warden)
Randy Gibbs (Deputy Director)

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

_____
*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name    Travis Valentino Dantzler

All other names by which
you have been known:

ID Number    #1114083

Current Institution    Iowa State Penitentiary

Address    P.O. Box 316

Fort Madison        Iowa        52627
   City        State        Zip Code

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name    Tonia Baldwin (MD)

Job or Title (if known)    Doctor / Physician

Shield Number

Employer    Clarinda Correctional Facility

Address    2000 N. 16th Str.

Clarinda        Iowa        51632
   City        State        Zip Code

☑ Individual capacity    ☑ Official capacity

Defendant No. 2

Name    Melissa Farnsworth

Job or Title (if known)    NSD - Nursing Services Director

Shield Number

Employer    Clarinda Correctional Facility

Address    2000 N. 16th Str.

Clarinda        Iowa        51632
   City        State        Zip Code

☑ Individual capacity    ☑ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name

_Stephen Weis_

Job or Title *(if known)*

_Superintendent/Warden_

Shield Number

Employer

_Clarinda Correctional Facility_

Address

_2000 N. 16 Str._

_Clarinda_          _Iowa_          _51632_

City                    State                  Zip Code

☐ Individual capacity          ☑ Official capacity

Defendant No. 4

Name

_Randy Gibbs_

Job or Title *(if known)*

_Regional Deputy Director (Department of Corrections)_

Shield Number

Employer

_Iowa Department of Corrections_

Address

_510 East 12th Str.   Des Moines,_

_~~50000000~~_          _Iowa_          _51632_

City                    State                  Zip Code

☑ Individual capacity          ☑ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

- 8th Amendment: prohibits cruel and unusual punishment. Supreme Courts has held that "deliberate indifference" to serious medical needs of prisoner's constitutes cruel and unusual punishment. It also embodies the broad idealistic concepts of dignity, civilized standards, humanity and decency.
- 14th Amendment: The right to reasonable + adequate Healthcare. Medical Staff / Prison Officials treated my serious medical needs different than they treated others (whites). I'm certain my race played a part in these decisions.

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

SEE ATTACHED - Exhibit A

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐    Pretrial detainee

☐    Civilly committed detainee

☐    Immigration detainee

☑    Convicted and sentenced state prisoner

☐    Convicted and sentenced federal prisoner

☐    Other *(explain)*  _____

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed. SEE ATTACHE - Exhibit B

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

These events arose inside an Institution (Clarinda Correction Facility)

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

Clarinda Correctional Facility
2000 N. 16th str.
Clarinda, IA, 51632    The Alleged Wrongful Actions started 01/08/21 - present.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.     What date and approximate time did the events giving rise to your claim(s) occur? (Various Dates/Times)
I complained over time (all dates are in my medical History) and was seen or given a written response on the following days: (01/08/21),(01/22/21), (02/28/21),(03/03/21),(03/30/21), (04/29/21), (06/02/21),(07/23/21), (08/18/21),(08/20/21),(08/25/21),(09/09/21),(09/16/21),(09/16/21), (09/30/21),(10/14/21),(10/24/21),(10/26/21),(11/05/21)... At this point Im scheduled for surgery but I still have had my knee repaired... (12/28/21)

D.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

SEE ATTACHED — Exhibit C

---

V.     **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. After (11) months of requesting an "MRI" and "ortho" I was taken to the University of Iowa Healthcare facility. "MRI" showed I sustained a torn Menisus in my right knee, and at the time of MRI I had a substantial amount of swelling/edema in my right knee. I was given (2) options:

1) I could recieve a cortisone injection, I was told it would only Mask the pain for a month or two.

2) I could recieve surgery to repair the tear, along with a bone infusion to produce more cartledge. (This would get me close as possible to the condition I was in before the injury. But there is no garuantee. I chose the second option, and was scheduled for surgery. I was also informed that I could possibly need addition surgeries further down the road. I asked about MRI on my left knee and hip

VI.     Relief given I was just seen about the swelling two weeks prior, but it was not scheduled.

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Punitive Damages: I asking for "75,000.₩, because I believe decisions made by Dr. Baldwin + Medical Staff were done with "evil intent", and were not within prudent professional standards. Dr. Baldwin denied/delayed giving me treatment for (6) months - after commenting that it was needed. No matter how much I complained Dr. Baldwin was adament on the date she set. She acted with both choice and judgement, and these chioces were both "reckless and callous." I believe my race also played a part. Grievance Officer Larson was my first level of administrative exhaust. I dont believe she truly investigate the situation. She informed me that there was nothing she could Do to overide the Doctors decision, and that was not true. She abused the process. She failed to prevent staff from continueing to commit a 8th/14th amendent violation. Dr. Baldwin, G/o Larson, Melissa Farnsworth, Stephen Weis, Randy Gibbs all acted under the color of state law.

Compensatory Damages: I asking for the sum of "200,000.₩ for over (11) months of pain and suffering, mental anguish, future Medical Bills, and retaliation. This Injury has had significant effects on my daily activies, along with the effects it has had on other parts of my body.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.      Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Clarinda Correctional Facility, 2000 N. 16th Str. Clarinda, Ia, 51632

B.      Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.      Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance? Clarinda Correctional Facility
2000 N. 16th Str.
Clarinda, Iowa, 51632

Informal Resolution was done with (NSD) Melissa Farnsworth, before Officially filing my Grievance to Grievance Officer, Blythe Larson.

2.    What did you claim in your grievance? That I was being Denied medical services, and that prison officials were being "deliberately indifferent" to my serious medical needs. I also informed them that I was told to wait (6) months -- to see if I get a release before anything more could be done. This was after (4) months of complaining about it.

3.    What was the result, if any? Denied!!!

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)
I then appealled that decision to superintendent/Warden Stephen Weis. Weis responded in (1) business Day. He couldn't have possibly took him and reviewed the evidence or investigated for himself. I believe his decision was the basis of power and influence, because he also render a "Denial." Stating that I now have an "Upcoming Appointment" That does not mean I was treated with decency or a prudent level of professionalism.

I then appealled that Decision to Regional Deputy Director Randy Gibbs. who again "Denied" my grievance. Stating again that I now scheduled for an "MRI" and "ortho." Outside requesting an MRI/ortho I asked "that all employees who didnt do their job... be reprimanded." In addition, I stated that I would "like this matter investigated with transparency, and not Denied, and free from collusion." Gibbs did not elaborate on my other request. His decision shows that he allows or encourages the standard of professionalism that I recieved. Being the deputy director his decision shapes the landscape of all prison's in the STATE OF IOWA DEPARTMENT OF CORRECTIONS...

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

SEE ATTACHED — Exhibit D

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)    _____

Defendant(s)    _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition.    _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.  Docket or index number

_____

4.  Name of Judge assigned to your case

_____

5.  Approximate date of filing lawsuit

_____

6.  Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    Dec. 28, 21

Signature of Plaintiff    _Travis Dantzler_

Printed Name of Plaintiff    Travis Dantzler

Prison Identification #    # 1114083

Prison Address    Iowa State Penitentiary

Fort Madison          Iowa        52627
                      *City*          *State*      *Zip Code*

### B.    For Attorneys

Date of signing: _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

_____
*City*          *State*      *Zip Code*

Telephone Number    _____

E-mail Address    _____

Travis Dantzler #1114083
Iowa State Penitentiary
P.O. Box 316
Fort Madison, IA. 52627

RECEIVED

JAN 0 4 2022

CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA



United States District Courthouse
    Southern District of Iowa
8 south 6th str.  Room 313
Council Bluffs, Iowa
        51501