# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| **Travis Valentino Dantzler,**<br><br>**Plaintiff,**<br><br>v.<br><br>**Tonia Baldwin, Melissa Farnsworth, Stephen Weis, Randy Gibbs and Blythe Larson,**<br><br>**Defendants.** | **CASE NO. 4:22-cv-00004-RGE-HCA**<br><br><br>**APPEARANCE** |

**COMES NOW,** the undersigned counsel, Jessica Donels, and hereby enters her Appearance on behalf of the above-named Plaintiff, Travis Valentino Dantzler.

> **PARRISH KRUIDENIER DUNN GENTRY BROWN BERGMANN & MESSAMER, L.L.P.**
>
> By: __/s/ Jessica Donels_____
> Jessica Donels          AT0013389
> 2910 Grand Avenue
> Des Moines, Iowa 50312
> Telephone: (515) 284-5737
> Facsimile: (515) 284-1704
> Email: jdonels@parrishlaw.com
> **ATTORNEY FOR APPLICANT**

### PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause by:

| | | | |
|---|---|---|---|
| ( ) | personal service | ( ) | first class mail |
| ( ) | certified mail, return receipt requested | ( ) | facsimile |
| ( ) | Airborne Express (overnight) | (X) | electronic filing |
| | | ( ) | e-mail |

on October 25, 2023.

I declare that the statements above are true to the best of my information, knowledge and belief.

_/s/ Alexandria Dea_