# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

| | |
|---|---|
| TRAVIS DANTZLER, | No.4:22-cv-00004-RGE-HCA |
| Plaintiff, | |
| vs. | |
| TONIA BALDWIN, | **DEFENDANTS' NOTICE OF APPEAL** |
| Defendant. | |

COMES NOW Defendant Tonia Baldwin, by and through undersigned counsel, and notice is hereby given that Defendant Tonia Baldwin, appeals to the United States Court of Appeals for the Eighth Circuit from the District Court's September 28, 2023 Order Granting In Part and Denying in Part Defendants' Motion for Summary Judgment (Docket # 52) regarding Defendants' Motion for Summary Judgment which denied qualified immunity to Defendant Tonia Baldwin as to the civil rights claim brought pursuant to 42 U.S.C. § 1983.

BRENNA BIRD
Attorney General of Iowa

 /S/ H. LORAINE WALLACE
H. LORAINE WALLACE
ATTORNEYS FOR DEFENDANTS
Assistant Attorney General
Special Litigation/Corrections
Hoover State Office Building
Des Moines, IA  50319
(515) 281-6670


**Transcript Order Form:**
Please prepare a transcript of: n/a

1

I am not ordering a transcript because there was no hearing.

## CERTIFICATE OF COMPLIANCE

Appellant hereby certifies that copies of this notice of appeal/transcript order form have been filed/served upon the US District Court, court reporter, and all counsel of record and that satisfactory arrangement for payment of cost of transcripts ordered have been made with the court reporter (FRAP 10(b))

Attorney's Signature: H. Loraine Wallace          Date:10/26/2023

Original filed.

Copy to:

Jessica Donels
Parrish Kruidenier Dunn Gentry Brown Bergmann & Messamer, L.L.P.
2910 Grand Avenue
Des Moines, IA 50312

Attorney for Plaintiff

| Proof of Service |
|---|
| The undersigned certifies that the foregoing instrument was served upon each of the perons identified as receiving a copy by delivery in the following manner on October 26 , 2023. |

☐U.S. Mail          ☐FAX
☐Hand Delivery     ☐Overnight Courier
☐Federal Express   ☐Other
☒Electronically

Signature:    /s/ JESSICA R. PORTER