IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| TRAVIS VALENTINO DANTZLER,<br><br>Plaintiff,<br><br>v.<br><br>TONIA BALDWIN,<br><br>Defendant. | No. 4:22-cv-00004-RGE-HCA<br><br><br>FINAL<br>VERDICT FORM |

## Question 1: Deliberate Indifference

On Plaintiff Travis Valentino Dantzler's deliberate indifference claim against the Defendant Tonia Baldwin, we find in favor of:

__X__ Plaintiff Travis Valentino Dantzler      _____ Defendant Tonia Baldwin

*(Continue to page 2)*

## Question 2: Compensatory Damages

If you found in favor of Plaintiff Travis Valentino Dantzler on his above claim, what is the amount of compensatory damages you assess for past physical pain and suffering?

$ _160,000.00_ in compensatory damages.

If you found in favor of Plaintiff Travis Valentino Dantzler on his claim, but you find he has failed to prove compensatory damages, you must still award nominal damage of $1.00. Do not award "nominal damages" if you award any "compensatory damages" on this claim.

$_____ in nominal damages.

(Continue to page 3)

2

## Question 3: Punitive Damages

If you found in favor of Plaintiff Travis Valentino Dantzler, do you find that Plaintiff Travis Valentino Dantzler is entitled to punitive damages against Defendant Tonia Baldwin?

_____ Yes              ___X___ No

If you answered "yes" to Question 3, what is the amount of punitive damages you assess?

$_____ in punitive damages.

We, the jury, unanimously agree to the verdicts above.

June 17, 2026
Date

Foreperson

3